# U.S. PROBATION OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** William Arthur Hulsey, Jr.   **Docket Number:** 3:09-CR-00033-001
                                                                     3:18-CR-00139-001

**Name of Sentencing Judicial Officer:** The Honorable Thomas A. Varlan
United States District Judge

**Date of Original Sentence:** October 26, 2009

**Original Offense:**   **Docket No.: 3:09-CR-00033-001**
Possession of Computer Disks and Material Containing Three or More Visual Depictions of Child Pornography Which had been Shipped in Interstate Commerce, in violation of Title 18 U.S.C. § 2252A(a)(5)(B)

**Docket No.: 3:18-CR-00139-001**
International Travel in Violation of Sex Offender Registration, in violation of Title 18 U.S.C. § 2250 (b)

**Class:** Class C Felonies                              **Criminal History Category:** III

**Original Sentence:**   **Docket No.: 3:09-CR-00033-001**
120 months imprisonment, followed by supervised release for Life

**Docket No.: 3:18-CR-000139-001**
16 months imprisonment, followed by five (5) years supervised release

**Type of Supervision:** Supervised Release

**Expected Date Term of Supervision to Commence:** June 2, 2019

**Expected Date Term of Supervision to Expire:** Life

**Assistant U.S. Attorney:** Frank M. Dale, Jr.

**Defense Attorney:** Bobby E. Hutson, Jr.

*******************************************

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF OFFENDER**

# PETITIONING THE COURT

To modify the conditions of supervision to include the following additional special condition:

The defendant shall reside at the Gateway Inn or other emergency housing facility pre-approved by the United States Probation Office, not to exceed eligible time limit based on Second Chance Act restrictions, or until the probation office approves an alternative residence. The defendant shall abide by the facility's rental agreement and will be personally liable for any damages to the room/suite. In addition, the defendant shall abide by any curfew restriction scheduled by the probation officer.

## CAUSE

Mr. Hulsey is currently in the custody of the Bureau of Prisons (Federal Correctional Institution - Forrest City, Arkansas), and is scheduled to be released on June 2, 2019. Because Mr. Hulsey is a convicted sex offender, he is not eligible for halfway house placement in the Eastern District of Tennessee, and will be released directly to the community from the prison facility. Mr. Hulsey has no family that is willing to assist him, no financial support, and no residential placement in the Eastern District of Tennessee. In addition, due to the legal restrictions placed on him, because of his status as a sex offender, he is not eligible for placement in local homeless shelters.

Mr. Hulsey should be able to secure employment upon his release from custody. Because of this emergency situation, the probation office has been able to access limited funds through the Second Chance Act, which can be used in extreme circumstances to pay for transitional/emergency housing and transportation services. It has been determined that Mr. Hulsey is a good candidate, and eligible for these limited emergency funds. The funds will assist Mr. Hulsey with the initial residential expenses and allow him to locate a permanent residence. Therefore, the probation office is proposing the above special condition. Mr. Hulsey was advised of his rights and waived them, and agreed to the proposed modification.

Assistant United States Attorney Frank M. Dale, Jr. was contacted, and he does not object to the proposed modification.

Respectfully submitted,

Rhonda Monger Lay
2019.05.24 11:14:43 -04'00'

Rhonda Monger Lay
United States Probation Officer

APPROVED:

John Lynn
2019.05.24 11:01:31 -04'00'

John E. Lynn, Supervising        Date
United States Probation Officer

RML:awe

# REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF OFFENDER

**ORDER OF COURT:**

The conditions of supervision are hereby modified to include the following additional special condition:

The defendant shall reside at the Gateway Inn or other emergency housing facility pre-approved by the United States Probation Office, not to exceed eligible time limit based on Second Chance Act restrictions, or until the probation office approves an alternative residence. The defendant shall abide by the facility's rental agreement and will be personally liable for any damages to the room/suite. In addition, the defendant shall abide by any curfew restriction scheduled by the probation officer.

So ordered.

**ENTER.**

*Thomas A. Varlan*
_____
The Honorable Thomas A. Varlan
United States District Judge